AO450 (Rev. 5/85) Judgement in a Civil Case

UNITED STATES DISTRICT COURT

EASTERN　　　　　　　　　DISTRICT OF　　　　　　　　　OKLAHOMA

# JUDGMENT IN A CIVIL CASE

Christopher W. Webb
V.
Bill Sturch, et al　　　　　　　　　Case Number:　CIV-10-438-JHP-SPS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issued have been tried and the jury rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard a decision has been rendered.

IT IS ORDERED AND ADJUDGED

This action is dismissed with prejudice for failure to exhaust administrative remedies and for failure to state a claim.

10/5/12　　　　　　　　　　　　　　　　　　　WILLIAM B. GUTHRIE
Date　　　　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　　　　　　s/ A Green
　　　　　　　　　　　　　　　　　　　　　　　(By) Deputy Clerk